IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BEVERLY M. DRAPER                                                                PLAINTIFF

V.                                          NO. 13-5023

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                    DEFENDANT

**O R D E R**

On January 31, 2013, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration. (Doc. 1). Plaintiff also filed a request for leave to proceed *in forma pauperis* on the same date. (Doc. 2). After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 31st day of January 13, 2013:

IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* is granted. The Court hereby directs that a copy of the complaint, along with a copy of this order, be served by the Plaintiff by certified mail, return receipt requested, on the Defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as, Eric H. Holder, Jr., U.S. Attorney General, and Claude S. Hawkins, Jr., Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The Defendant is ordered to answer within sixty (60) days from the date of service.

Regarding, the name of Plaintiff's minor child, the Federal Rules of Civil Procedure

clearly set forth what information must be redacted from filings made with the court.[1]  See FED R. CIV. PROC 5.2(a).  The CM/ECF Policies and Procedures Manual adopted by this Court also states that attorneys should not include sensitive information in any document filed with the Court unless such inclusion is necessary and relevant to the case.  See <u>CM/ECF Policies and Procedures Manual for Civil Filings</u>, at www.arwd.uscourts.gov.  This "sensitive information" includes the names of minor children.  **Therefore, the Clerk is directed to seal Document 2 as it contains a minor's full name. Counsel for the Plaintiff is put on notice that documents filed in CM/ECF shall not contain the above information.**

IT IS SO ORDERED this 31st day of January, 2013.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

---

[1] A party or nonparty making a filing may include only: the last four digits of the Social Security number; the year of the individual's birth; the minor's initials; or the last four digits of the financial account number. FED.R.CIV.PROC.5.2(a).

AO72A
(Rev. 8/82)